IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JOSHUA DUKES,

     Appellant,

v.

STATE OF FLORIDA,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-4032

Opinion filed July 11, 2017.

An appeal from the Circuit Court for Duval County.
Jack M. Schemer, Judge.

Andy Thomas, Public Defender, and Victor D. Holder, Assistant Public Defender,
Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, and Kathryn Lane, Assistant Attorney General,
Tallahassee, for Appellee.

ON MOTION FOR REHEARING AND WRITTEN OPINION

PER CURIUM.

On consideration of the motion for rehearing and written opinion, this Court

grants, in part, the motion. We grant the motion solely with respect to Appellant's

request for remand regarding resentencing. The record indicates the trial court may

have felt constrained to impose the mandatory minimum sentences consecutively.

Pursuant to <u>Williams v. State</u>, 186 So. 3d 989, 993 (Fla. 2016), where "multiple firearm offenses are committed contemporaneously, during which multiple victims are shot at, then consecutive sentencing is *permissible* but not mandatory." (Emphasis added.)  Accordingly, on remand the trial court is permitted to impose the same sentence but is not required to do so.

AFFIRMED in part, REVERSED in part, and REMANDED.

B.L. THOMAS, C.J., WETHERELL, and M.K. THOMAS, JJ., CONCUR.